IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TERESA BENNETT,** § | |
| Plaintiff, § | |
| § | **CIVIL ACTION NO. 3:09-CV-1735-D** |
| v. § | |
| § | **COMPLAINT OF DISABILITY** |
| **ACE PARKING MANAGEMENT, INC.,** a § | **ACCOMMODATIONS DISCRIMINATION** |
| California Corporation, **DORBET, INC.,** a § | **ECF** |
| Hawaii Corporation, **DORBET INC.,** a § | |
| Texas Corporation, **LEIS OHANA HUI** § | |
| **FAMILY PARTNERSHIP, LTD,** a Texas § | |
| Partnership, and **AIKAN CORPORA-** § | |
| **TION,** a Texas Corporation, § | |
| Defendants. § | |

**STIPULATION OF DISMISSAL**

The Parties have reached a Compromise Settlement Agreement and Release. Therefore, it is hereby stipulated by and between the parties to this action that the above-captioned cause be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: April 22, 2010


  *s/Kenneth Carden*
Kenneth Carden or Palmer Bailey
Attorney for Plaintiff


  *s/Richard A. McKinney*
Richard A. McKinney
Attorney for ACE PARKING MANAGEMENT, INC..


  *s/C. Todd Hewes*
Christopher Todd 'Todd' Hewes
Attorney for ACE PARKING MANAGEMENT, INC., a California Corporation, DORBET, INC., a Hawaii Corporation, DORBET INC., a Texas Corporation, LEIS OHANA HUI FAMILY, a Texas Partnership, and AIKAN CORPORATION, a Texas Corporation

___